TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00337-CV

In the Matter of J. B.

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. J-15,680, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss the appeal. We grant the motion. Tex. R. App.
P. 42.1(2).

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 30, 1997

Do Not Publish